UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

LESLIE RICE,

    Plaintiff,

v.

CLARK COUNTY SCHOOL DISTRICT,

    Defendant.

Case No. 2:16-cv-01709-JCM-PAL

ORDER

(Mot WD Atty – ECF No. 19)

Before the court is the Motion of The Law Office of Dan M. Winder, P.C., Dan M. Winder, Arnold Weinstock, Scott Dorman, and Kristina Miletovic to Withdraw as Counsel for Plaintiff Leslie Rice (LR IA 11-6) (ECF No. 19).  The motion represents that there has been a breakdown in communication and the relationship between plaintiff and counsel.  Under such circumstances, counsel can no longer effectively represent plaintiff.  The attorneys therefore seek leave to withdraw as counsel of record.

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. Counsels' Motion to Withdraw (ECF No. 19) is **GRANTED**.
2. Plaintiff shall have until **January 17, 2017**, in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that she will be appearing in this matter *pro se*.
3. Plaintiff's failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that she will be appearing in this matter *pro se*, may result in the imposition of sanctions, which may include a recommendation to the District Judge

1  that plaintiff's complaint be dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b).

4. The Clerk of the Court shall serve the plaintiff with a copy of this order at her last known address:

Leslie Rice
7018 Goldfield St.
North Las Vegas, NV 89084

DATED this 15th day of December, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE