| | |
|---|---|
| 1 | CLARK COUNTY SCHOOL DISTRICT |
| | OFFICE OF THE GENERAL COUNSEL |
| 2 | S. SCOTT GREENBERG, ESQ. |
| | Nevada Bar No. 4622 |
| 3 | 5100 W. Sahara Ave. |
| | Las Vegas, Nevada 89146 |
| 4 | (702) 799-5373 |
| | Email: sgreenberg@interact.ccsd.net |
| 5 | Attorney for Defendant, |
| | CLARK COUNTY SCHOOL DISTRICT |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LESLIE RICE, | | CASE NO. 2:16-cv-01709-JCM-PAL |
| | Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO RE-OPEN DISCOVERY** |
| v. | | |
| CLARK COUNTY SCHOOL DISTRICT, | | (First Request) |
| | Defendant. | |

COME NOW, the parties, by and through their attorneys of record, and hereby stipulate and agree to allow Defendant up to and including Wednesday, June 14, 2017, to respond to Plaintiff's Motion to Re-Open Discovery (Docket No. 34) filed May 17, 2017. The response is currently due May 31, 2017 and this is the first request to extend time for the response.

On May 26th the parties filed a stipulation to extend the time for Defendant's response from May 31st to June 9th. Docket No. 38. At the time filing that stipulation, defense counsel forgot that the District's legal office is moving on June 9th. Defense counsel must have his office packed by the end of June 8th and the move, including computers, is to take place on June 9th and through the weekend. This request to extend the time to the following Wednesday, June 14th, is to ensure with the office move of June 9th that defense counsel will be able to complete the opposition. With the filing of this stipulation, Docket No. 38 will be withdrawn.

The following is the basis for the extension request set forth in the parties previous stipulation in addition to the office move discussed above.

The dispositive motion deadline is June 9, 2017. Docket No. 31. In addition to the motion deadline in this matter and current motions Plaintiff recently filed that require responses, defense counsel also has had summary judgment motions due in two (2) other federal cases and a response to an OSHA employee retaliation complaint and has an employee dismissal arbitration scheduled for June 6th. This request for additional time is being made in good faith based upon defense counsel's schedule as noted herein (and May 29th is a holiday). Defendant will be filing a motion for summary judgment and this request will have Defendant's response to the pending motion due the same time as the motion deadline as the parties are filing stipulations with regard to the motion deadline and other pending Plaintiff's motion to amend complaint so all will be due June 14th.

Therefore, for the foregoing reasons, it is respectfully requested that the time for Defendant's response to Docket No. 34

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

be extended up to and including June 14, 2017, given defense counsel's schedule and office move scheduled for June 9th described above.

DATED this 31st day of May, 2017.

| | |
|---|---|
| CLARK COUNTY SCHOOL DISTRICT<br>Office of the General Counsel | DICKINSON WRIGHT PLLC |
| By: /s/ S. Scott Greenberg<br>S. SCOTT GREENBERG<br>Nevada Bar No. 4622<br>5100 W. Sahara Ave.<br>Las Vegas, Nevada 89146<br>(702) 799-5373<br>Attorneys for Defendant | By: /s/ Cynthia L Alexander<br>CYNTHIA L ALEXANDER<br>Nevada Bar No. 6718<br>8363 W Sunset Rd, #200<br>Las Vegas, NV 89113<br>(702) 550-4422<br>Attorneys for Plaintiff |

**IT IS SO ORDERED:**

Date: June 2, 2017

_____
U.S. MAGISTRATE JUDGE