**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Plaintiff Leslie Rice*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE RICE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a county school district; DOES I-V; ROES VI-X,<br><br>Defendants | CASE NO: 2:16-CV-01709-JCM-PAL<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between the undersigned, counsel of record for Plaintiff Leslie Rice ("Plaintiff") and Defendant Clark County School District ("CCSD"), that Plaintiff and CCSD agree to extend the deadline for Plaintiff to file a reply in support of its Motion for Leave to File An Amended Complaint ("Motion") [Doc. No. 32] filed with this court on May 16, 2017. This is Plaintiff's first stipulation for an extension of time to file a reply with this court. The extension is requested in good faith in order to provide the Plaintiff's counsel additional time to gather information and analyze documentation necessary to adequately file a reply in support of the Motion.



1

The Parties agree that Plaintiff shall file a reply in support of its Motion on or before June 28, 2017.

Dated this 21 day of June, 2017                                    Dated this 21 day of June, 2017

                                                                   DICKINSON WRIGHT PLLC

By: */s/ Scott Greenberg*
    .Scott Greenberg                              By: */s/ Cynthia L. Alexander*
    Clark County School District                      Cynthia L. Alexander, Esq.
    Legal Department                                  Nevada Bar No. 6718
    5100 West Sahara Ave                              Taylor Anello, Esq.
    Las Vegas, NV 89146                               Nevada Bar No. 12881
    702-799-5373                                      8363 West Sunset Road, Suite 200
    *Attorney for Defendant Clark County*             Las Vegas, Nevada 89113-2210
    *School District*                                 (702) 550-4422
                                                                       *Attorneys for Plaintiff Leslie Rice*

    DATED June 22, 2017.

                                                        _____
                                                         UNITED STATES DISTRICT JUDGE



**CERTIFICATE OF SERVICE**

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 21 day of June 2017, a copy of **STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (FIRST REQUEST)** was served electronically to all parties of interest through the Court's CM/ECF system as follows:

Clark County School District Office of the
General Counsel
S. Scott Greenberg, Esq.
Assistant General Counsel
Nevada Bar No. 4622
5100 West Sahara Avenue
Las Vegas, NV 89146
 *Attorney for Defendant*

                                                          */s/Angelica V Jimenez*
                                                         An employee of Dickinson Wright PLLC

