**DICKINSON WRIGHT PLLC**
Cynthia L. Alexander
Nevada Bar No. 6718
Email: calexander@dickinson-wright.com
Taylor Anello
Nevada Bar No. 12881
Email: tanello@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
*Attorneys for Plaintiff Leslie Rice*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LESLIE RICE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a county school district; DOES I-V; ROES VI-X,<br><br>Defendants | CASE NO: 2:16-CV-01709-JCM-PAL<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between the undersigned, counsel of record for Plaintiff Leslie Rice ("Plaintiff") and Defendant Clark County School District ("CCSD"), that Plaintiff and CCSD agree to extend the deadline for Plaintiff to file an Opposition to CCSD's Motion for Summary Judgment [Doc. No. 49] filed with this court on June 14, 2017. This is Plaintiff's first stipulation for an extension of time to file a opposition with this court. The extension is requested in good faith in order to provide the Plaintiff's counsel additional time to gather information and analyze documentation necessary to adequately file its opposition.

/ / /



1

The Parties agree that Plaintiff shall file an Opposition to CCSD's Motion for Summary Judgment on or before July 14, 2017.

Dated this 30 day of June, 2017

By: */s/Scott Greenberg*
.Scott Greenberg
Clark County School District
Legal Department
5100 West Sahara Ave
Las Vegas, NV 89146
702-799-5373
*Attorney for Defendant Clark County School District*

Dated this 30 day of June, 2017

DICKINSON WRIGHT PLLC

By: */s/ Cynthia L. Alexander*
Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Taylor Anello, Esq.
Nevada Bar No. 12881
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
(702) 550-4422
*Attorneys for Plaintiff Leslie Rice*

IT IS SO ORDERED June 30, 2017.

_____
UNITED STATES DISTRICT JUDGE



# CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 30 day of June 2017, a copy of **STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (FIRST REQUEST)** was served electronically to all parties of interest through the Court's CM/ECF system as follows:

Clark County School District Office of the
General Counsel
S. Scott Greenberg, Esq.
Assistant General Counsel
Nevada Bar No. 4622
5100 West Sahara Avenue
Las Vegas, NV 89146
 *Attorney for Defendant*

/s/Angelica V Jimenez
An employee of Dickinson Wright PLLC

