| | |
|---|---|
| 1 | CLARK COUNTY SCHOOL DISTRICT<br>OFFICE OF THE GENERAL COUNSEL |
| 2 | S. SCOTT GREENBERG, ESQ.<br>Nevada Bar No. 4622 |
| 3 | 5100 W. Sahara Ave.<br>Las Vegas, Nevada 89146 |
| 4 | (702) 799-5373<br>Email: greens2@nv.ccsd.net |
| 5 | Attorney for Defendant,<br>CLARK COUNTY SCHOOL DISTRICT |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LESLIE RICE,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>    Defendant. | CASE NO. 2:16-cv-01709-JCM-PAL<br><br>**STIPULATION TO EXTEND DATE TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>(First Request) |

COME NOW, the parties, by and through their attorneys of record, and hereby stipulate and agree to extend the date for response to the first amended complaint 21-days up to May 9, 2018. The current response date is April 18, 2018 and this is the first request to extend said deadline.

Plaintiff recently served an offer of judgment and the parties are currently having settlement discussions. This request to extend is for the sole purpose of allowing the parties to hopefully conclude a resolution of the matter before having to expend resources to respond to the amended complaint and not for any reason

/ / /

/ / /

/ / /

/ / /

1 of delay.

2 Therefore, it is respectfully requested Defendant be allowed
3 up to May 9, 2018, to respond to the amended complaint, if that
4 becomes necessary.

5 DATED this 11th day of May, 2018.

| CLARK COUNTY SCHOOL DISTRICT | DICKINSON WRIGHT PLLC |
| Office of the General Counsel | |

By:  /s/ S. Scott Greenberg           By: /s/ Cynthia L Alexander
     S. SCOTT GREENBERG                    CYNTHIA L ALEXANDER
     Nevada Bar No. 4622                   Nevada Bar No. 6718
     5100 W. Sahara Ave.                   8363 W Sunset Rd, #200
     Las Vegas, Nevada 89146               Las Vegas, NV 89113
     (702) 799-5373                        (702) 550-4422
     Attorneys for Defendant               Attorneys for Plaintiff

**IT IS SO ORDERED:**

Date: April 13, 2018

_____
U.S. MAGISTRATE JUDGE

-2-