1  CLARK COUNTY SCHOOL DISTRICT
   OFFICE OF THE GENERAL COUNSEL
2  S. SCOTT GREENBERG, ESQ.
   Nevada Bar No. 4622
3  5100 W. Sahara Ave.
   Las Vegas, Nevada 89146
4  (702) 799-5373
   Email: greens2@nv.ccsd.net
5  Attorney for Defendant,
   CLARK COUNTY SCHOOL DISTRICT

6

7                    **UNITED STATES DISTRICT COURT**

8                        **DISTRICT OF NEVADA**

9  LESLIE RICE,                        CASE NO. 2:16-cv-01709-JCM-PAL

10          Plaintiff,                 **STIPULATION TO EXTEND RESPONSE
                                       DEADLINE DUE TO SETTLEMENT**
11 v.
                                       (Second Request)
12 CLARK COUNTY SCHOOL DISTRICT,

13          Defendant.

14

15
        COME NOW, the parties, by and through their attorneys of
16
   record, and hereby enter this stipulation as a settlement has been
17
   reached.  Defendant was granted an extension of time to respond to
18
   the amended complaint up tp May 9ᵗʰ so the parties could discuss
19
   potential resolution.  Docket No. 67.  The parties request up to
20
   June 4, 2018, to allow the parties time to execute a formal
21
   settlement agreement and file a stipulation for dismissal with the
22
   Court.
23
   / / /
24
   / / /
25
   / / /
26
   / / /
27
   / / /
28
   / / /

1    Therefore, it is respectfully requested that the response

2 deadline be extend and the parties granted up to June 4, 2018, so

3 they may execute a settlement agreement and file the necessary

4 dismissal paperwork.

5    DATED this 4th day of May, 2018.

6 CLARK COUNTY SCHOOL DISTRICT        DICKINSON WRIGHT PLLC
  Office of the General Counsel

7

8 By:   /s/ S. Scott Greenberg      By:/s/ Cynthia L Alexander
       S. SCOTT GREENBERG               CYNTHIA L ALEXANDER
9      Nevada Bar No. 4622              Nevada Bar No. 6718
       5100 W. Sahara Ave.              8363 W Sunset Rd, #200
10     Las Vegas, Nevada 89146          Las Vegas, NV 89113
       (702) 799-5373                   (702) 550-4422
11     Attorneys for Defendant          Attorneys for Plaintiff

12

13 **IT IS SO ORDERED**:

14

15
   Date: May 14, 2018                   _____
16                                       U.S. MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -