1  CLARK COUNTY SCHOOL DISTRICT
   OFFICE OF THE GENERAL COUNSEL
2  S. SCOTT GREENBERG, ESQ.
   Nevada Bar No. 4622
3  5100 W. Sahara Ave.
   Las Vegas, Nevada 89146
4  (702) 799-5373
   Email: greens2@nv.ccsd.net
5  Attorney for Defendant,
   CLARK COUNTY SCHOOL DISTRICT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LESLIE RICE, | CASE NO. 2:16-cv-01709-JCM-PAL |
| Plaintiff, | **STIPULATION TO EXTEND RESPONSE DEADLINE DUE TO SETTLEMENT** |
| v. | (Third Request) |
| CLARK COUNTY SCHOOL DISTRICT, | |
| Defendant. | |

COME NOW, the parties, by and through their attorneys of record, and hereby enter this stipulation as a settlement has been reached. Defendant was granted an extension of time to respond to the amended complaint up tp May 9th so the parties could discuss potential resolution. Docket No. 67. The parties reached a settlement and were granted up to June 4th to file a stipulation to dismiss. Docket No. 69. The settlement agreement has not been finalized due to counsel's recent schedule but is expected to be in the next couple of days. Therefore, the parties request a 14 day extension up to June 18, 2018, allowing time to finalize the agreement and time for a settlement check to be processed, to file the necessary stipulation for dismissal with the Court.

/ / /

/ / /

Therefore, it is respectfully requested that the response deadline be extend and the parties granted up to June 18, 2018, so they may execute a settlement agreement and file the necessary dismissal paperwork.

DATED this 30th day of May, 2018.

| CLARK COUNTY SCHOOL DISTRICT | DICKINSON WRIGHT PLLC |
| --- | --- |
| Office of the General Counsel | |

By: /s/ S. Scott Greenberg      By:/s/ Cynthia L Alexander
    S. SCOTT GREENBERG             CYNTHIA L ALEXANDER
    Nevada Bar No. 4622            Nevada Bar No. 6718
    5100 W. Sahara Ave.            8363 W Sunset Rd, #200
    Las Vegas, Nevada 89146        Las Vegas, NV 89113
    (702) 799-5373                 (702) 550-4422
    Attorneys for Defendant         Attorneys for Plaintiff

**IT IS SO ORDERED:**

Date: June 6. 2018

U.S. MAGISTRATE JUDGE