UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LESLIE RICE, | Case No. 2:16-CV-1709 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, | |
| Defendant(s). | |

Presently before the court is defendant's motion to stay case pending filing of a stipulation of dismissal. (ECF No. 72).

Defendant's motion states that a settlement has been reached, but requests a stay so as to avoid filing successive stipulations to extend pending finalization of the settlement and filing of a stipulation of dismissal. (ECF No. 47). Defendant states that once plaintiff has executed the settlement agreement, "the dismissal paperwork will be quickly filed." *Id.*

Defendant requests that a telephonic status check be set for 30 days from the entry of this order in the event that the stipulation of dismissal is not filed in advance of that date. (ECF No. 72).

The court will grant defendant's motion. In the event that a stipulation of dismissal is not filed within 30 days of the date of this order, the parties will inform the court.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to stay case pending filing of a stipulation of dismissal (ECF No. 72) be, and the same hereby is, GRANTED. The parties will inform the court should a stipulation of dismissal not be filed within 30 days of the date of this order.

DATED June 19, 2018.

_____
UNITED STATES DISTRICT JUDGE