```
CLARK COUNTY SCHOOL DISTRICT
OFFICE OF THE GENERAL COUNSEL
S. SCOTT GREENBERG, ESQ.
Nevada Bar No. 4622
5100 W. Sahara Ave.
Las Vegas, Nevada 89146
(702) 799-5373
Attorneys for Defendant,
CLARK COUNTY SCHOOL DISTRICT
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LESLIE RICE,<br><br>       Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br><br>       Defendant. | CASE NO.:<br>2:16-cv-01709-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COME NOW, the parties, by and through their attorneys of record, and hereby stipulate and agree to the dismissal of this action, with prejudice, and each party to bear their own costs and attorney's fees. The parties further agree no party is to be considered a prevailing party in this action and no party will seek any attorney's fees or costs pursuant to any rule, statute or law, whether local, state or federal.

One of Plaintiff's claims is under the Family and Medical Leave Act, 29 U.S.C. Section 2601, *et seq.* ("FMLA"). Plaintiff and his counsel have reviewed and accepted a negotiated settlement in this matter and specifically acknowledge that the monetary consideration Plaintiff is receiving is a fair and reasonable resolution of all Plaintiff's claims which are disputed including the FMLA claim. The

/ / /

/ / /

1  parties request that the Court specifically approve settlement of
2  the FMLA claim as a part of the global settlement of this action and
3  the Court's order dismissing this matter shall constitute court
4  approval of resolving the FMLA claim in addition to Plaintiff's
5  other claims.

6   DATED this 27th day of July, 2018.

9  CLARK COUNTY SCHOOL DISTRICT            DICKINSON WRIGHT PLLC
   Office of the General Counsel
10

11 By:   /s/ S. Scott Greenberg            By:/s/ Cynthia L Alexander
       S. SCOTT GREENBERG                     CYNTHIA L ALEXANDER
12     Nevada Bar No. 4622                    Nevada Bar No. 6718
       5100 W. Sahara Ave.                    8363 W Sunset Rd, #200
13     Las Vegas, Nevada 89146                Las Vegas, NV 89113
       (702) 799-5373                         (702) 550-4422
14     Attorneys for Defendant                Attorneys for Plaintiff

16 IT IS SO ORDERED:

18 Date: July 27, 2018
19                                          _____
                                            U.S. DISTRICT COURT JUDGE